**Fill in this information to identify the case:**

Debtor name **Glenview Hardware Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known) **1:17-bk-180**

■ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | | **Current value of debtor's interest** |
|---|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Glenview State Bank** | **Checking** | | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. **$0.00**

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.

☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.

☐ Yes Fill in the information below.

## Part 4: Investments

13. **Does the debtor own any investments?**

■ No. Go to Part 5.

☐ Yes Fill in the information below.



Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor **Glenview Hardware Inc.** Case number *(If known)* **1:17-bk-180**
Name

**Part 5:** **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies**<br>**Hardware Store** | | **$390,000.00** | | **$390,000.00** |

23. **Total of Part 5.** **$390,000.00**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value ______ Valuation method ______ Current Value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Cash registers, misc office equipment, desks, chairs** | **$2,000.00** | | **$2,000.00** |
| 40. | **Office fixtures**<br>**Shelves, other fixtures** | **$5,000.00** | | **$5,000.00** |



Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor **Glenview Hardware Inc.** Case number *(If known)* **1:17-bk-180**
Name

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** **$7,000.00**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2013 Chevrolet Express 1/2 interest** | **$13,000.00** | **FMV** | **$6,500.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.** **$6,500.00**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.



Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.



Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor **Glenview Hardware Inc.** Case number *(If known)* **1:17-bk-180**
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $390,000.00 | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,000.00 | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $6,500.00 | | |
| 88. | **Real property.** *Copy line 56, Part 9*.......................................................................................> | | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | | |
| 91. | **Total.** Add lines 80 through 90 for each column | $403,500.00 | + 91b. | $0.00 |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 **$403,500.00**



Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name **Glenview Hardware Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known) **1:17-bk-180**

■ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Michael and Erin Lovitto** | **616 Greendale Rd Glenview, IL 60025-3908** | **Alfresco** | ☐ D ■ E/F 3.1 ☐ G |
| 2.2 | **Michael and Erin Lovitto** | **616 Greendale Rd Glenview, IL 60025-3908** | **Amerigas Propane** | ☐ D ■ E/F 3.2 ☐ G |
| 2.3 | **Michael and Erin Lovitto** | **616 Greendale Rd Glenview, IL 60025-3908** | **Bridgeview Bank Group** | ■ D 2.2 ☐ E/F ☐ G |
| 2.4 | **Michael and Erin Lovitto** | **616 Greendale Rd Glenview, IL 60025-3908** | **Business Lending Solutions** | ☐ D ■ E/F 3.4 ☐ G |
| 2.5 | **Michael and Erin Lovitto** | **616 Greendale Rd Glenview, IL 60025-3908** | **Epicor** | ☐ D ■ E/F 3.6 ☐ G |
| 2.6 | **Michael and Erin Lovitto** | **616 Greendale Rd Glenview, IL 60025-3908** | **True Value Company** | ☐ D ■ E/F 3.18 ☐ G |


Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor **Glenview Hardware Inc.** Case number *(if known)* **1:17-bk-180**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.7 | **Michael Lovitto** | **616 Greendale Rd**<br>**Glenview, IL 60025-3908** | **Ally Bank** | ■ D **2.1**<br>☐ E/F ______<br>☐ G ______ |


Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com